**United States District Court
For The Western District of North Carolina
Charlotte Division**

FILED
CHARLOTTE, N. C.

OCT 25 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

Garry Butler,

        Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                         3:05cv332

United States of America,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/25/05 Order.

October 25, 2005

FRANK G. JOHNS, CLERK

BY: _____
Candace Cochran, Deputy Clerk